WR-83,367-01,02

No._____

IN THE COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
6/2/2015
ABEL ACOSTA, CLERK

# In Re

# John Edward Lewis

## MOTION FOR LEAVE TO FILE
## PETITION FOR WRITS OF MANDAMUS AND PROHIBITION

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES JOHN EDWARD LEWIS, Relator in this case, by and through his attorney of record, Keith S. Hampton, and pursuant to Rule 72.1 of the Texas Rules of Appellate Procedure, moves for leave to file this *Petition for Writs of Mandamus and Prohibition.*

WHEREFORE, PREMISES CONSIDERED, Relator prays that his *Motion for Leave to File Petition for Writs of Mandamus and Prohibition,* his be in all things **GRANTED**.

Respectfully submitted,

_____
**KEITH S. HAMPTON**

State Bar No. 08873230
1103 Nueces Street
Austin, Texas 78701
(512) 476-8484 (o)
(512) 477-3580 (f)
(512) 762-6170 (c)
*keithshampton@gmail.com*
ATTORNEY FOR RELATOR

**CERTIFICATE OF SERVICE**:  By my signature above, I hereby certify that a true and correct copy of the above and foregoing, *Motion for Leave to File Petition for Writs of Mandamus and Prohibition*, has been delivered to the following parties and interested persons:  electronically to Scott.Taliaferro@traviscountytx.gov, and personally to John Lewis on this day, May 28, 2015.